IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE NEENAN COMPANY, LLLP, a Colorado Limited Liability Limited Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>GERHOLD CONCRETE COMPANY, INC., a Nebraska Domestic Corporation;<br><br>Defendant. | **8:18CV90**<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 101). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to pay their own costs.

Dated this 26th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge